| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Dale K. Galipo<br>Shannon J. Leap<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd. Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818)347-333 / Fax: (818)347 - 4118<br>Emails: dalekgalipo@yahoo.com; Sleap@galipolaw.com<br><br>ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII,<br><br>Plaintiff(s),<br>v.<br>CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; M. ANDERSON and DOES 1 through 10, incl.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-8890<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      LURING PAIALII
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LURING PAIALII | PLAINTIFF |
| CITY OF BURBANK | DEFENDANT |
| MANUEL MALDONADO | DEFENDANT |
| RASHAAD COLEMAN | DEFENDANT |
| N. GUNN; | DEFENDANT |
| D. MEJIA; | DEFENDANT |
| M. ANDERSON | DEFENDANT |

| | |
|---|---|
| October 15, 2024<br>Date | /s/ Dale K. Galipo<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Dale K. Galipo