NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Shannon J. Leap
Law Offices of Dale K. Galipo
21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367
Phone: (818)347-333 / Fax: (818)347 - 4118
Emails: dalekgalipo@yahoo.com; Sleap@galipolaw.com

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LURING PAIALII, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-08890-CAS-PVC |
| v. | |
| CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON and DOES 1 through 10, incl. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _LURING PAIALII_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LURING PAIALII | PLAINTIFF |
| CITY OF BURBANK | DEFENDANT |
| MANUEL MALDONADO | DEFENDANT |
| RASHAAD COLEMAN | DEFENDANT |
| N. GUNN; | DEFENDANT |
| D. MEJIA; | DEFENDANT |
| S. ANDERSON | DEFENDANT |

November 4, 2024
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Dale K. Galipo