**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Shannon J. Leap (SBN 339574)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: LURING PAIALII | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: LURING PAIALII
DEFENDANT/RESPONDENT: CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON

CASE NUMBER: 2:24-cv-08890-CAS-PVC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2382285RC

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **FIRST AMENDED COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE TO COUNSEL**

3. a. Party served *(specify name of party as shown on documents served)*:
   **MANUEL MALDONADO**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Maria Silva, Clerk - Authorized person to accept service of process on behalf of Manuel Maldonado**

4. Address where the party was served: **275 East Olive Avenue, 1st Floor Burbank, CA 91502**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/8/2024**  (2) at *(time)*: **3:30 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2382285

| | |
|---|---|
| Plaintiff: **LURING PAIALII** | CASE NUMBER: **2:24-cv-08890-CAS-PVC** |
| Defendant: **CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON** | |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*           (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☑ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* **Individual**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☑ other: **FRCP (4)(i)(3)**

7. **Person who served papers**
   - a. Name: **Danny Sor - Ace Attorney Service, Inc.**
   - b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   - c. Telephone number: **(213) 623-3979**
   - d. **The fee** for service was: **$ 76.50**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☑ employee    ☐ independent contractor.
       - (ii) Registration No.: **2021219725**
       - (iii) County: **LOS ANGELES**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **11/12/2024**

**Danny Sor**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) ▶ *(Signature - Per CC §1633.7)*