RODOLFO AGUADO III, SR. ASST. CITY ATTY.
State Bar No. 310699
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 E. Olive Avenue
Burbank, CA 91502
Tel.: (818) 238-5707
Fax: (818) 238-5724
Email: RAguado@burbankca.gov
Attorneys for Defendants, CITY OF BURBANK, MANUEL MALDONADO, RASHAAD COLEMAN, NEIL GUNN, DAVID MEJIA, and SAM ANDERSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-08890-CAS-PVC<br><br>Assigned to the Hon. Christina A. Snyder<br>Courtroom 8D, 8th Floor<br><br>**STIPULATION TO EXTEND TIME TO ANSWER INITIAL COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: November 5, 2024<br>Response Currently due: November 29, 2024<br>New Response Date: December 12, 2024 |

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Local Rule 8-3, Defendants City of Burbank ("City") and Police Officer Manuel Maldonado, Detective Rashaad Coleman, Police Sergeant Neil Gunn, Police Officer David Mejia, and Detective Sam Anderson (collectively, "Defendants") by and through their attorney of record, Rodolfo Aguado III, Senior

1

1  Assistant City Attorney for the City of Burbank, and Plaintiff Luring Paialii
2  ("Plaintiff") by and through his attorneys of record, Dale K. Galipo and Shannon
3  Leap, of The Law Offices of Dale K. Galipo, hereby stipulate that Defendants shall
4  have until December 12, 2024, to file their Answer to Plaintiff's Complaint.

## Verification of Signatures of Counsel for All Parties

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Rodolfo Aguado III, Esq., hereby attest that the below signatories have personally communicated to me their concurrence with the content of this Stipulation and have authorized me to file the same with the Honorable Court.

By:  /s/ Rodolfo Aguado III        DATED:   December 10, 2024
     Rodolfo Aguado III
     Senior City Attorney, City of Burbank
     Attorney for Defendants City of Burbank,
     Officer Manuel Maldonado, Detective Rashaad Coleman,
     Sergeant Neil Gunn, Officer David Mejia,
     and Detective Sam Anderson

By:  /s/ Shannon Leap              DATED:   December 10, 2024
     Dale K. Galipo
     Shannon Leap
     The Law Offices of Dale K. Galipo
     Attorneys for Plaintiff Luring Paialii

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2024, my office electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

By:   */s/ Rodolfo Aguado III*
       Rodolfo Aguado III