# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF BURBANK, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–08890–CAS–PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __1/17/2025__

Document No.:  __25__

Title of Document:  __Notice of Appearance or Withdrawal of Counsel G–123__

**ERROR(S) WITH DOCUMENT:**

Signature is incomplete; missing /s/ from signature.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _January 23, 2025_       By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**