UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24cv08890 CAS (PVCx)                                                   Date: March 10, 2025

Title   *LURING PAIALII v. CITY OF BURBANK; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Valenzuela | Rodolfo Aguado, III |

**Proceedings:**   **ZOOM SCHEDULING CONFERENCE**

Hearing held by Zoom and counsel are present.  The Court confers with counsel and schedules the following dates:
Request for leave to file amended pleadings or to add parties: April 25, 2025;
Settlement Completion Cutoff: November 14, 2025 (ADR-12 to issue);
Factual Discovery Cut-off: November 28, 2025;
Last Day to File Motions: January 2, 2026;
Exchange of Expert Reports Cut-off: December 19, 2025;
Exchange of Rebuttal Reports Cut-off: January 16, 2026;
Expert Discovery Cut-off: February 6, 2026;
\* Zoom Status Conference re: Settlement **(11:00 A.M.)**: \***November 24, 2025**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): March 2, 2026;**
and Jury Trial **(9:30 A.M.): April 7, 2026** (Estimate 4-5 Days).

\* Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  No more than four (4) Motions in limine filed, per side.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Counsel inform the court of the parties' preference to go before a Court's Settlement Panel for settlement purposes.  ADR-12 to issue.

|  | 00:12 |
|---|---|
| **Initials of Preparer** | CMJ |