LAW OFFICES OF DALE K. GALIPO
Eric Valenzuela (SBN 284500)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
evalenzuela@galipolaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LURING PAIALII

Plaintiff(s)

v.

CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive

Defendant(s).

CASE NUMBER:

2:24-cv-08890-CAS-PVC

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that __Richard T. Copeland__ may serve as the Panel Mediator in the above-captioned case. __Eric Valenzuela__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __or before 11/14/25__ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: March 31, 2025

/s/ Eric Valenzuela
Attorney For Plaintiff  Luring Paialii

Dated: _____

_____
Attorney For Plaintiff

Dated: April 1, 2025

/s/ Rodolfo Aguado III
Attorney For Defendant  City of Burbank, Manuel Maldonado, Rashad Coleman, Neil Gunn, David Mejia, and Sam Anderson

Dated: _____

_____
Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)      STIPULATION REGARDING SELECTION OF PANEL MEDIATOR