RODOLFO AGUADO III, SR. ASST. CITY ATTY.
State Bar No. 310699
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 E. Olive Avenue
Burbank, CA 91502
Tel.: (818) 238-5707
Fax: (818) 238-5724
Email: RAguado@burbankca.gov
Attorneys for Defendants, CITY OF BURBANK,
MANUEL MALDONADO, RASHAAD COLEMAN,
NEIL GUNN, DAVID MEJIA,
and SAM ANDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-08890-CAS-PVC <br><br> Assigned to the Hon. Christina A. Snyder <br> Courtroom 8D, 8th Floor <br><br> **NOTICE OF ERRATA RE: DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]** <br><br> Complaint Filed: November 5, 2024 <br> Trial Date: April 7, 2026 |

1

NOTICE OF ERRATA RE: DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Defendants City of Burbank ("City"), Manuel Maldonado ("Maldonado"), Rashaad Coleman ("Coleman"), Neil Gunn ("Gunn"), David Mejia ("Mejia"), and Sam Anderson ("Anderson", collectively "Defendants") filed a Motion For Judgment On The Pleadings [FRCP 12(c)] and related documents with the incorrect hearing date of May 5, 2025. Defendants will file an amended motion and supporting documents to be heard on May 12, 2025.

DATED:  April 10, 2025

Respectfully submitted,
City Attorney's Office of the City of Burbank

By: _____
Rodolfo Aguado III
Senior Assistant City Attorney
Attorney for Defendants
CITY OF BURBANK, MANUEL MALDONADO, RASHAAD COLEMAN, NEIL GUNN, DAVID MEJIA, and SAM ANDERSON

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2025, my office electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

By: */s/ Rodolfo Aguado III*
Rodolfo Aguado III