1  RODOLFO AGUADO III, SR. ASST. CITY ATTY.
   State Bar No. 310699
2  JOSEPH MCDOUGALL, CITY ATTORNEY
   State Bar No. 197689
3  275 E. Olive Avenue
   Burbank, CA 91502
4  Tel.: (818) 238-5707
   Fax: (818) 238-5724
5  Email: RAguado@burbankca.gov
   Attorneys for Defendants, CITY OF BURBANK,
6  MANUEL MALDONADO, RASHAAD COLEMAN,
   NEIL GUNN, DAVID MEJIA,
7  and SAM ANDERSON

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  LURING PAIALII,                       )  Case No.: 2:24-cv-08890-CAS-PVC
                                          )
12              Plaintiff,                 )  Assigned to the Hon. Christina A.
                                          )  Snyder
13      v.                                )  Courtroom 8D, 8th Floor
                                          )
14  CITY OF BURBANK; MANUEL               )  **DECLARATION OF RODOLFO**
    MALDONADO; RASHAAD                    )  **AGUADO III IN SUPPORT OF**
15  COLEMAN; N. GUNN; D. MEJIA; S.        )  **DEFENDANTS' AMENDED**
    ANDERSON; and DOES 1 through 10,      )  **MOTION FOR JUDGMENT ON**
16  inclusive,                            )  **THE PLEADINGS [FRCP 12(c)]**
                                          )
17              Defendants.               )  **[FILED CONCURRENTLY WITH**
                                          )  **NOTICE OF MOTION AND**
18                                        )  **MOTION; REQUEST FOR**
                                          )  **JUDICIAL NOTICE; PROPOSED**
19                                        )  **ORDER]**
                                          )
20                                        )  Date: May 12, 2025
                                          )  Time:  10:00 a.m.
21                                        )  Ctrm:  8D
                                          )
22                                        )
                                          )
23                                        )
                                          )  Complaint Filed: November 5, 2024
24  _____     )  Trial Date: April 7, 2026
                                          )
25  _____     )

26

27

28
                              1

## <u>DECLARATION OF RODOLFO AGUADO III</u>

I, Rodolfo Aguado III, declare as follows:

1.      I am an attorney at law duly licensed to practice in the State of California. I am a Senior Assistant City Attorney in the City Attorney's Office of the City of Burbank and represent Defendants City of Burbank, Manuel Maldonado, Rashaad Coleman, Neil Gunn, David Mejia, and Sam Anderson (collectively "Defendants") in this action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.      On February 10, 2025, I telephonically met and conferred with Plaintiff's counsel regarding Plaintiff's criminal plea and whether Plaintiff's claims in this lawsuit were precluded by the *Heck* doctrine. At that time, the parties did not reach an agreement to dismiss any of Plaintiff's claims.

3.      On March 20, 2025, I again met and conferred telephonically with Plaintiff's counsel and further discussed whether Plaintiff's claims in this lawsuit were precluded by the *Heck* doctrine. Plaintiff's counsel agreed to dismiss Plaintiff's First, Third, and Fourth Causes of Action, but the parties were unable to reach an agreement regarding Plaintiff's remaining claims.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 10, 2025 at Burbank, California.

_____
                Rodolfo Aguado III

DECLARATION OF RODOLFO AGUADO III IN SUPPORT OF DEFENDANTS'
AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2025, my office electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.


By:   _/s/ Rodolfo Aguado III_
         Rodolfo Aguado III

DECLARATION OF RODOLFO AGUADO III IN SUPPORT OF DEFENDANTS' AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]