1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 2:24-cv-08890-CAS-PVC<br><br>Assigned to the Hon. Christina A. Snyder<br>Courtroom 8D, 8th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]**<br><br>*[Filed Concurrently With Notice Of Motion And Motion; Request For Judicial Notice; Declaration Of Rodolfo Aguado III]*<br><br>Date: May 12, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8D<br><br>Complaint Filed: November 5, 2024<br>Trial Date: April 7, 2026 |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED MOTION FOR
JUDGMENT ON THE PLEADINGS [FRCP 12(c)]

Defendants City of Burbank, Manuel Maldonado, Rashaad Coleman, Neil Gunn, David Mejia, and Sam Anderson (collectively "Defendants") Amended Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (the "Motion") came on regularly for hearing on May 12, 2025, at 10:00 a.m., in Courtroom 8D of the above-entitled Court, before the Honorable Christina A. Snyder.  After considering the Motion, the opposition, and reply papers and having heard oral argument, the Court issues the following order:

1. The Motion is **GRANTED** in its entirety.
2. Plaintiff's Second Cause of Action against Manuel Maldonado, Rashaad Coleman, Neil Gunn, David Mejia, and Sam Anderson is dismissed with prejudice.
3. Plaintiff's Fifth, Sixth, and Seventh Causes of Action against the Defendants are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Christina A. Snyder
United States Senior District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2025, my office electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

By: */s/ Rodolfo Aguado III*
Rodolfo Aguado III