RODOLFO AGUADO III, SR. ASST. CITY ATTY.
State Bar No. 310699
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 E. Olive Avenue
Burbank, CA 91502
Tel.: (818) 238-5707
Fax: (818) 238-5724
Email: RAguado@burbankca.gov
Attorneys for Defendants, CITY OF BURBANK, MANUEL MALDONADO, RASHAAD COLEMAN, NEIL GUNN, DAVID MEJIA, and SAM ANDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII, <br><br>  Plaintiff, <br><br> v. <br><br> CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive, <br><br>  Defendants. | Case No.: 2:24-cv-08890-CAS-PVC <br><br> Assigned to the Hon. Christina A. Snyder <br> Courtroom 8D, 8th Floor <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]** <br><br> **[FILED CONCURRENTLY WITH NOTICE OF MOTION AND MOTION; DECLARATION OF RODOLFO AGUADO III; PROPOSED ORDER]** <br><br> Date: May 12, 2025 <br> Time: 10:00 a.m. <br> Ctrm: 8D <br><br> Complaint Filed: November 5, 2024 <br> Trial Date: April 7, 2026 |

1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AMENDED MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]

Defendants City of Burbank, Manuel Maldonado, Rashaad Coleman, Neil Gunn, David Mejia, and Sam Anderson (collectively "Defendants") hereby requests that the Court take judicial notice of the following:

1. The Felony Complaint filed on September 14, 2023 in *The People of the State of California v. Luring Tygresaul Paialii*, Case No. GA115256 (Superior Court of the State of California for the County of Los Angeles). A true and correct copy of this document is attached hereto as **Exhibit 1**.

2. The Minute Order filed on February 7, 2024 in *The People of the State of California v. Luring Tygresaul Paialii*, Case No. GA115256 (Superior Court of the State of California for the County of Los Angeles). A true and correct copy of this document is attached hereto as **Exhibit 2**.

3. The Misdemeanor Advisement of Rights, Waiver and Plea Form filed on February 7, 2024 in *The People of the State of California v. Luring Tygresaul Paialii*, Case No. GA115256 (Superior Court of the State of California for the County of Los Angeles). A true and correct copy of this document is attached hereto as **Exhibit 3**.

Pursuant to Federal Rule of Evidence 201, a court "may take judicial notice of "matters of public record" without converting a motion challenging the pleadings into a motion for summary judgment, if the facts noticed are not "subject to reasonable dispute." *Intri-Plex Techs., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (court filings and other matters of public record are judicially noticeable); *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 fn. 18 (9th Cir. 1999) (noting that when considering a motion for judgment on the

pleadings, the court may consider facts contained in materials of which the court can take judicial notice).

The Court may take judicial notice of Exhibits 1-3 because they are court records filed within the Superior Court of the State of California for the County of Los Angeles. Accordingly, because the exhibits are court records filed within the Superior Court, they are not subject to reasonable dispute. *See Reyn's Pasta Bella*, 442 F.3d at 746 fn. 6 (citing *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) for the proposition that courts may take judicial notice of court filings). Accordingly, the City respectfully requests that the Court take judicial notice of Exhibits 1-3, which are attached to this Request for Judicial Notice.

DATED: April 10, 2025

                Respectfully submitted,
                City Attorney's Office of the City of Burbank

                By: _____
                Rodolfo Aguado III
                Senior Assistant City Attorney
                Attorney for Defendants
                CITY OF BURBANK, MANUEL MALDONADO, RASHAAD COLEMAN, NEIL GUNN, DAVID MEJIA, and SAM ANDERSON

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2025, my office electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

By: */s/ Rodolfo Aguado III*
Rodolfo Aguado III