Exhibit 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>01 LURING TYGRESAUL PAIALII (DOB: 11/14/2000)<br>Defendant(s). | CASE NO. GA115256<br><br>*FELONY COMPLAINT*<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**SEP 1 4 2023**<br><br>David W. Slayton, Executive Officer/Clerk of Court<br>By: J. Castillo, Deputy |
|---|---|

The undersigned is informed and believes that:

COUNT 1

On or about September 12, 2023, in the County of Los Angeles, the crime of RESISTING EXECUTIVE OFFICER, in violation of PENAL CODE SECTION 69, a Felony, was committed by LURING TYGRESAUL PAIALII, who did unlawfully attempt by means of threats and violence to deter and prevent MANUEL MALDONADO, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

\* \* \* \* \*

COUNT 2

On or about September 12, 2023, in the County of Los Angeles, the crime of RESISTING EXECUTIVE OFFICER, in violation of PENAL CODE SECTION 69, a Felony, was committed by LURING TYGRESAUL PAIALII, who did unlawfully attempt by means of threats and violence to deter and prevent R COLEMAN, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

\* \* \* \* \*

COUNT 3

On or about September 12, 2023, in the County of Los Angeles, the crime of RESISTING EXECUTIVE OFFICER, in violation of PENAL CODE SECTION 69, a Felony, was committed by LURING TYGRESAUL PAIALII, who did unlawfully attempt by means of threats and violence to deter and prevent N GUNN, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

\* \* \* \* \*

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

NOTICE: Conviction of this offense prohibits you from owning, purchasing, receiving, possessing, or having under your custody and control any firearms, and effective January 1, 2018, will require you to complete a Prohibited Persons Relinquishment Form ("PPR") pursuant to Penal Code § 29810.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER GA115256, CONSISTS OF 3 COUNT(S).

Executed at GLENDALE, County of Los Angeles, on September 14, 2023.

K SANCHEZ
DECLARANT AND COMPLAINANT

GEORGE GASCÓN, DISTRICT ATTORNEY

BY: MARY SEDGWICK, DEPUTY

Rev. 900-05/20  DA Case 43204255                       Page 3                       Case No. GA115256
*FELONY COMPLAINT*

| AGENCY: | BURBANK PD | I/O: | K SANCHEZ | ID NO.: 12192 | PHONE: (818) 238-3247 |
|---|---|---|---|---|---|
| DR NO.: | 237014 | OPERATOR: | MS | PRELIM. TIME EST.: | |

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| PAIALII, LURING TYGRESAUL | 041591465 | 11/14/2000 | 6667031 | | 09/14/2023 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

---

Rev. 900-05/20  DA Case 43204255                    Page 4                         Case No. GA115256
*FELONY COMPLAINT*

# FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

LURING TYGRESAUL PAIALII

| Ct. | Charge | Charge Range | Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 69 | 16-2-3 County Jail | | |
| 2 | PC 69 | 16-2-3 County Jail | | |
| 3 | PC 69 | 16-2-3 County Jail | | |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

LURING TYGRESAUL PAIALII  _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

LURING TYGRESAUL PAIALII  _____ in Dept _____

at: _____ A.M.

Date:_____                             _____
                                                *Committing Magistrate*