Exhibit 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Burbank Dept. - 1

**BURGA115256-01**                                                February 7, 2024

**The People of the State of California**                                    8:30 AM
**vs.**
**PAIALII, LURING TYGRESAUL**

Honorable Frank M. Tavelman, Judge
M. G. Escobedo, Judicial Assistant                    Hilda Gutierrez (#12714), Court Reporter

---

On People's Motion, Complaint is amended by interlineation to reflect Count 001 as PC69, a Misdemeanor, in
lieu of PC69, Felony.

PC69, PC69, PC69

**NATURE OF PROCEEDINGS:** Preliminary Hearing

The following parties are present for the aforementioned proceeding:

     LURING TYGRESAUL PAIALII, Defendant
     Hasan K Ramadan, Deputy Public Defender
     Robert Alan Cheleden, Deputy District Attorney

---

The matter is called for Preliminary Hearing.


Written Advisement of Rights and Waivers is filed.

The Defendant is advised of, understands, and personally waives the following rights, the right against self
incrimination, the right to confront and cross examine witnesses, the right to produce evidence and present a
defense, and the right to a Trial by Court or Jury.

The Defendant is advised of the nature of charges, elements of the offenses, and possible defenses to such
charges.  The Defendant is advised of the possible consequences of a plea of guilty or nolo contendere,
including maximum penalty and administrative sanctions and the possible legal effects and maximum
penalties incident to subsequent convictions for the same or similar offenses.

The Defendant is advised that if not a United States citizen, a conviction of the offense charged will have the
consequences of deportation, exclusion from admission or reentry to the United States, and denial of
naturalization and amnesty.

The Defendant is advised of the effects of probation.

---

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Criminal Division
### Burbank Dept. - 1

**BURGA115256-01**                                                    February 7, 2024

**The People of the State of California**                              8:30 AM
**vs.**
**PAIALII, LURING TYGRESAUL**

Counsel for the Defendant joins in the waiver and concurs in the plea.
The Court finds that each waiver is knowingly, understandingly, voluntarily, and explicitly made.
The Court finds there is a factual basis for the Defendant's plea.
The Court accepts the plea.

As to Count 001: PC69, Misdemeanor, the Defendant enters a plea of Nolo Contendere with the approval of the Court. The Court finds the Defendant guilty.

Disposition as to Count 001, PC69, Misdemeanor: Conviction After Plea

The Defendant waives arraignment for judgment and states there is no legal cause why sentence should not be pronounced. The Court orders the following judgment:

SUPERVISION:

As to Count 001 PC69, Misdemeanor: Imposition of Sentence Suspended
Defendant is placed on **Summary Probation** for a period of  **1 Years** upon the following terms and conditions:

CONDITIONS OF SUPERVISION:

FIN01: Make restitution to the victim per Penal Code section 1202.4(f) in an amount to be determined at a hearing.
FIN12: Pay restitution fine pursuant to Penal Code section 1202.4(b) in the amount of $150.00
FIN13: Pay probation revocation restitution fine pursuant to Penal Code section 1202.44, which may be enforced in the manner provided for the enforcement of money judgment, in the amount of $150.00
FIN16: Pay court operations assessment fee pursuant to Penal Code section 1465.8(a)(1) in the amount of $40 per convicted offense for a total of $40.00
FIN17: Pay criminal conviction assessment fee pursuant to Government Code section 70373 in the amount of $30 per felony or misdemeanor conviction and $35 per infraction conviction for a total of $30.00
WEA04: Do not own, use or possess any dangerous or deadly weapons, including any firearms, knives or other weapons.
PROB20: Submit your person and property to search and seizure at any time of the day or night, by any probation officer or other peace officer, with or without a warrant, probable cause, or reasonable suspicion.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Burbank Dept. - 1

**BURGA115256-01**                                                                                      **February 7, 2024**

**The People of the State of California**                                                              **8:30 AM**
**vs.**
**PAIALII, LURING TYGRESAUL**

PROB31: Use only your true name, stated to be   Luring Paialii
PROB12: Obey all laws and orders of the Court.
PROB26: Defendant acknowledges that they understand and accept each term and condition of  formal probation
BLANK01: Defendant is ordered to continue treatment with psychiatrist and be medically complaint as prescribed.

Any mandatory and non-punitive fees or assessments ordered in this case are not conditions of supervision.

Unless otherwise specified, this order constitutes a single grant of supervision for multiple counts, and all terms and conditions imposed apply to all counts.

| CONFINEMENT/FINE: |
|---|

As to Count 001 PC69, Misdemeanor:
The Defendant is ordered to serve 152 Days in Los Angeles County Jail as a condition of probation.
144 days credit for house arrest

**The Defendant is given total credit of 152 Days as follows:**
*4 Days Actual Custody Credit, 144 Days Additional Credit  and 4 Days Good Time/Work Time*

The Court orders fine/fees waived.


Defendant On Probation.

Disposition as to Count 002, PC69, Felony: Dismissed Due to Plea Negotiation

Disposition as to Count 003, PC69, Felony: Dismissed Due to Plea Negotiation