Exhibit 3

(Ct. 1, PC 69 misdemeanor - 12 mo SP, CTS (424 = 8(?)), S/S
Continue mental health treatment

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

**PLAINTIFF:** PEOPLE OF THE STATE OF CALIFORNIA

**DEFENDANT:** Luringa Paialii

**MISDEMEANOR ADVISEMENT OF RIGHTS, WAIVER AND PLEA FORM**

FILED
Superior Court of California
County of Los Angeles
FEB 07 2024
David W. Slayton, Executive Officer/Clerk of Court
By: M. Escobedo, Deputy

**CASE NUMBER:** GA115256

**DEPARTMENT:** 1

## INSTRUCTIONS
Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand it, and **sign and date the form on page 3**. If you have any questions about your case, the possible sentence, or the information on this form, ask your attorney or the judge.

### RIGHT TO AN ATTORNEY

**INITIALS ↓**

1. I understand that I have the right to be represented by an attorney throughout the proceedings. I understand that the Court will appoint a free attorney for me if I cannot afford to hire one, but at the end of the case, I may be asked to pay all or part of the cost of that attorney, if I can afford to. I understand that there are dangers and disadvantages to giving up my right to an attorney, and that it is almost always unwise to represent myself ................................................................. 1. [initials]

### NATURE OF THE CHARGES (Complete all items you are charged with.)

2. I understand that I am charged with the following offense(s):

   _____PC 69 misdemeanor_____
   TYPE OF OFFENSE(S) AND SECTION NUMBER(S)                                    2. [initials]

3. **If applicable -** I understand that I am also charged with having the following **prior conviction(s)**:

   _____
   LIST OFFENSE(S), CASE NUMBER(S) AND DATE(S)                                 3. [X]

4. **If applicable -** I understand that I am also charged with violating the **probation order** in the following case(s):

   _____
   CASE NUMBER(S) AND DATE(S)                                                   4. [X]

5. I understand the charge(s) against me, and the possible pleas and defenses ................................. 5. [initials]

### CONSTITUTIONAL RIGHTS

6. **RIGHT TO A JURY TRIAL -** I understand that I have the right to a speedy, public jury trial. At the trial, I would be presumed innocent, and I could not be convicted unless 12 impartial jurors were convinced of my guilt beyond a reasonable doubt ................................. 6. [initials]

7. **RIGHT TO CONFRONT WITNESSES -** I understand that I have the right to confront and cross-examine all witnesses testifying against me ................................................................. 7. [initials]

8. **RIGHT AGAINST SELF-INCRIMINATION** - I understand that I have the right to remain silent and not incriminate myself, and the right to testify on my own behalf. I understand that by pleading guilty or no contest, or admitting other conviction(s) or probation violation(s), I am incriminating myself ..... 8. [initials]

9. **RIGHT TO PRODUCE EVIDENCE** - I understand that I have the right to present evidence and to have the Court issue subpoenas to bring into court all witnesses and evidence favorable to me, at no cost to me ................................................................. 9. [initials]

**RIGHTS ON CHARGES OF PRIOR CONVICTION(S) AND PROBATION VIOLATION(S)** | **INITIALS ↓**

10. **If applicable** - I understand that I have the right to an attorney, the right to a jury trial, the right to confront witnesses, the right against self-incrimination, and the right to produce evidence and witnesses for **all** charges against me, including other alleged conviction(s) or probation violation(s). However, for a charge of violating probation, I do not have the right to a jury trial, although I do have the right to a hearing before a judge ............................................................................................................ | *[initialed]* 10.

**WAIVER OF RIGHTS**

Understanding all of the above, for all of the charges against me, including any other alleged conviction(s) or probation violation(s):

11. I give up my right to an attorney, and I choose to represent myself. (Does not apply if you have an attorney.).... | *[initialed]* 11.
12. I give up my right to a jury trial ........................................................................................................... | *[initialed]* 12.
13. I give up my right to confront and cross-examine witnesses .......................................................... | *[initialed]* 13.
14. I give up my right to remain silent and to not incriminate myself ................................................... | *[initialed]* 14.
15. I give up my right to produce evidence and witnesses on my own behalf .................................... | *[initialed]* 15.

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST**

16. **Penalty**: I understand that the possible consequences for the offense(s) charged include the following:

   - PC 69 — OD — 364 — $0 — $1000
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   - _____
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   - _____
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   - _____
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   - _____
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   - _____
     SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX.
     OTHER CONSEQUENCES: _____

   *[initialed]* 16.

17. I understand that in addition to the fine, **the Court will add assessments which will significantly increase the amount I must pay**. I will also be ordered to make restitution and to pay a restitution fine no less than $150 and up to $1000, unless the Court finds compelling and extraordinary reasons not to impose the fine .................................................................................................................... | *[initialed]* 17.

18. I understand that if I am not a citizen, a plea of guilty or no contest could result in my deportation, exclusion from admission to this country, or denial of naturalization .................................................. | *[initialed]* 18.

| | INITIALS ↓ |
|---|---|

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST (Continued)**

19. I understand that a plea of no contest (*nolo contendere*) will have exactly the same effect in this case as a plea of guilty, but it cannot be used against me in a civil lawsuit ................................................. 19.

20. I understand that any plea entered in this case may be grounds for revoking probation or parole which has previously been granted to me in any other case............................................................................ 20.

**PARTICIPATION IN DEFERRAL OF SENTENCING PILOT (DOSP) PROGRAM**

21. I understand I must complete the same obligations that would have been imposed had judgment been entered. The only difference is that if I successfully complete the terms, conditions, or programs ordered by the Court, the arrest upon which sentencing was deferred shall be deemed to have never occurred and the action against me will be dismissed ................................................. 21.

22. In order to have my plea stricken, I understand that I must complete all conditions ordered by the Court as well as make full restitution. If so ordered, I must also comply with a courtordered protective order, stay-away order, or order prohibiting firearm possession ............................... 22.

23. I understand that I must disclose my arrest upon request if I apply for a position as a peace officer, even if the action against me is dismissed upon successful completion of the DOSP Program ......... 23.

**CONSEQUENCES OF TERMINATION OF PARTICIPATION IN DOSP PROGRAM**

24. I understand if, during the period of deferral, I reoffend or fail to comply with the terms, conditions or programs required by the Court, then I will be sentenced as if deferral had not occurred and the consequences of a plea of guilty or no contest, as stated in Nos. 16-20 above, will apply to me ........ 24.

**PLEA(S)**

25. I hereby freely and voluntarily plead __No Contest__ to the following:
    GUILTY OR NO CONTEST
    __PC 69 misdemeanor__
    LIST CHARGE(S)                                                                                        25.

26. I understand that I have the right to a delay of from 6 hours to 5 days prior to being sentenced. I give up this right and agree to be sentenced at this time ........................................................ 26.

27. **If applicable** - I freely and voluntarily admit the other conviction(s) I listed on this form. I understand that this admission will increase the penalties which are imposed on me ............... 27.

28. **If applicable** - I freely and voluntarily admit the probation violation(s) that I listed on this form and give up my right to a hearing before a judge regarding the probation violation(s) ................ 28.

29. **If applicable** - I understand that I have the right to enter my plea before, and to be sentenced by, a judge. I give up this right and agree to enter my plea before, and to be sentenced by: ................ 29.

TEMPORARY JUDGE'S NAME

**DEFENDANT'S SIGNATURE:** _[signature]_                          DATE: __2-7-2024__


## ATTORNEY'S STATEMENT

I am the attorney of record for the defendant. I have reviewed the form and any addenda with my client. I have explained each of the defendant's rights to the defendant and answered all of the defendant's questions with regard to this plea. I have also discussed the facts of the defendant's case with the defendant, and explained the consequences of this plea, the elements of the offense(s), and the possible defenses. I concur in this plea and in the defendant's decision to waive his or her constitutional rights.

_____           02-07-24
SIGNATURE OF DEFENDANT'S ATTORNEY               DATE

## INTERPRETER'S STATEMENT (if applicable)

I, having been sworn or having a written oath on file, certify that I truly translated this form to the defendant in the language indicated below. The defendant stated that (s)he understood the contents of the form, and then (s)he initialed and signed the form.

Language: ☐ Spanish    ☐ Other (specify): _____

_____    _____    _____
COURT INTERPRETER'S SIGNATURE    TYPE OR PRINT NAME    DATE

## COURT'S FINDINGS AND ORDER

The Court, having reviewed this form and any addenda, and having questioned the defendant concerning the defendant's constitutional rights and the defendant's admission of other conviction(s) and probation violation(s), if any, finds that the defendant has expressly, knowingly, understandingly and intelligently waived his or her constitutional rights. The Court finds that the defendant's plea(s) and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, and that there is a factual basis for the plea(s). The Court accepts the defendant's plea(s), the defendant's admission of the other conviction(s) and probation violation(s), if any, and orders this form filed and incorporated in the docket by reference as though fully set forth therein.

_____ F.M. TAVORMAN      2/7/24
☒ Judge of the Superior Court                       DATE
☐ Temporary Judge of the Superior Court

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 21 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1/16/25    By: _____ Deputy
                     D. GUDINO

RIM 244 (Rev. 08/15)
ormer'y PRU-200)

