UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-08890-CAS-PVC | Date | May 12, 2025 |
| Title | Luring Paialii v. City of Burbank. et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Evelyn Chun | Miriam Baird |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs:<br>Eric Valenzuela | Attorneys Present for Defendants:<br>Rodolfo Aguado, III |

**Proceedings:** ZOOM HEARING RE: DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [39]

The matter is called and counsel state their appearances. For reasons stated on the record, all parties submit to the tentative and the Court adopts the tentative. Plaintiff is given 14 days from the date of this order to file an amended complaint.

: 01

Initials of Preparer    EVC