LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURING PAIALII, | Case No.: 2:24−cv−08890−CAS−PVC |
| Plaintiff, | Hon. *CHRISTINA A. SNYDER* |
| v. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| CITY OF BURBANK; MANUEL MALDONADO; RASHAAD COLEMAN; N. GUNN; D. MEJIA; S. ANDERSON; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case for a specified amount. However, the settlement requires approval from the Burbank City Council.

Defendants anticipate that the City Council will review the settlement for approval on August 12, 2025.

In the unlikely event that the settlement is not approved, the parties will notify the Court immediately.

DATED: July 31, 2025         LAW OFFICES OF DALE K. GALIPO

By /s/ *Eric Valenzuela*
Eric Valenzuela
Attorneys for Plaintiff
LURING PAIALII

DATED:   July 31, 2025         CITY OF BURBANK CITY ATTORNEY'S OFFICE

By:  /s/ Rodolfo Aguado III
Rodolfo Aguado III
Attorneys for Defendants
CITY OF BURBANK, MANUEL MALDONADO, RASHAAD COLEMAN, NEIL GUNN, and DAVID MEJIA