1
2
3
4
5

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

6   Attorneys for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LURING PAIALII,

12              Plaintiff,

13        v.

14

15

16   CITY OF BURBANK, et. al.,

17              Defendants.

18
19
20
21
22
23
24
25
26
27
28

Case No. 2:24-cv-08890-CAS-PVC

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41 (a)(2), that this Court enter a Dismissal of the entire action, case number 2:24-cv-08890-CAS-PVC with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  October 17, 2025         LAW OFFICES OF DALE K. GALIPO

                                 By /s/ Eric Valenzuela
                                   Dale Galipo
                                   Eric Valenzuela
                                   Attorneys for Plaintiffs

DATED:  October 17, 2025         CITY OF BURANK, CITY ATTORNEY'S OFFICE

                                 By /s/ *Rodolfo Aguado*
                                   Rodolfo Aguado
                                   Attorneys for Defendants