JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LURING PAIALII,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURBANK, et. al.,<br><br>Defendants. | Case No. 2:24-cv-08890-CAS-PVC<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

<u>**ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE**</u>

**IT IS HEREBY ORDERED,** that the Complaint of Plaintiffs in USDC case no. 2:24-cv-08890-CAS-PVC is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: October 21, 2025

_Christina A. Snyder_
Hon. Christina A. Snyder
United States District Judge